FILED by TB D.C.

Sep 1, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60216-CR-HURLEY/HOPKINS

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

AL CORNELIUS TOOKS, JR.,

                Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 10, 2015, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**AL CORNELIUS TOOKS, JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a quantity of 3,4-methylenedioxyethylcathinone, commonly referred to as ethylone, a Schedule I controlled substance.

## COUNT 2

On or about August 20, 2015, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**AL CORNELIUS TOOKS, JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a quantity of 3,4-methylenedioxyethylcathinone, commonly referred to as ethylone, a Schedule I controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant,

**AL CORNELIUS TOOKS, JR.,**

has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

3.	The property that is subject to criminal forfeiture includes, but is not limited to, the following: approximately $117,599 in United States currency, recovered from the defendant, **AL CORNELIUS TOOKS, JR.**, on August 20, 2015.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON


_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BENJAMIN C. COATS
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

AL CORNELIUS TOOKS, JR.,

Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

- ___ Miami
- _X_ FTL
- ___ Key West
- ___ WPB
- ___ FTP

New Defendant(s)     Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect

4. This case will take __3-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      _X_
   - II   6 to 10 days     ___
   - III  11 to 20 days    ___
   - IV   21 to 60 days    ___
   - V    61 days and over ___

   (Check only one)
   - Petty   ___
   - Minor   ___
   - Misdem. ___
   - Felony  _X_

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) __Yes__
   If yes:
   Magistrate Case No.  15-MJ-6349-LSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  August 20, 2015
   Defendant(s) in state custody as of  _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

BENJAMIN C. COATS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501785

*Penalty Sheet(s) attached

REV 10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: AL CORNELIUS TOOKS, JR.

**Case No:**

Count #: 1

Possession with the intent to distribute ethylone

Title 21, United States Code, Section 841(a)(1)

\* **Max.Penalty**: Twenty years imprisonment

Count #: 2

Possession with the intent to distribute ethylone

Title 21, United States Code, Section 841(a)(1)

\* **Max.Penalty**: Twenty years imprisonment

Count #:

\* **Max.Penalty**:

Count #:

\* **Max.Penalty**:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.